## 22805. ROBERSON *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of a misdemeanor (possessing whisky). It is well settled law that any one who aids or abets another in the commission of such an offense is as guilty as the actual perpetrator of the crime. In this case the evidence, though circumstantial, authorized the trial judge (sitting, by consent, without the intervention of a jury) to find that it excluded every reasonable hypothesis save that of the defendant's guilt. The judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 25, 1933.

*Branch & Howard, Thomas B. Branch Jr.,* for plaintiff in error. *John S. McClellan, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

## 21353. RUCKER *v.* MOBLEY, superintendent of banks, for use, etc.

BROYLES, C. J. It appearing from the opinion and judgment of the Supreme Court, rendered on December 19, 1932 (176 *Ga.* 178), that the judgment of this court (holding that it had jurisdiction of this case) rendered on February 16, 1932 (44 *Ga. App.* 705), has been reversed by the Supreme Court on certiorari, that court holding that the case is one of which the Supreme Court and not this court has jurisdiction, it is ordered that the former judgment of this court be hereby vacated, and that the clerk of this court dismiss the case from the files and transmit the bill of exceptions and the record, together with a copy of this order, to the clerk of the Supreme Court.

*MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 27, 1933.

*J. B. Jones, Tutt & Brown,* for plaintiff in error. *Robert L. Russell,* for persons at interest.

*Joseph G. Collins,* contra.